IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN CAMILLE CULLIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 12-10279

HON. ROBERT H. CLELAND

MAG. JUDGE MARK A. RANDON

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 12, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2013, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522